# Order

**Michigan Supreme
Court
Lansing, Michigan**

February 24, 2015

Robert P. Young, Jr.,
Chief Justice

150664(72)(73)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

LORILLARD TOBACCO COMPANY,
       Plaintiff-Appellee,

SC: 150664

v

COA: 313256
Ct of Claims: 11-000093-MT

DEPARTMENT OF TREASURY,
       Defendant-Appellant.
_____/

On order of the Chief Justice, the motions for temporary admission under MCR 8.126(A) are GRANTED and the following out-of-state attorneys are admitted for the purpose of appearing on behalf of plaintiff-appellee in this case: Craig B. Fields and Mitchell A. Newmark.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2015

